NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1109, -1458

COLLEGENET, INC.,

Plaintiff-Appellee,

v.

XAP CORPORATION,

Defendant-Appellant,

and

APPLICATIONSONLINE, LLC
and THE COMMON APPLICATION, INC.,

Movants-Appellants.

Appeals from the United States District Court for the District of Oregon
in case no. 03-CV-1229, Judge Anna J. Brown.

ON MOTION

O R D E R

Upon consideration of the unopposed motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

The motion is granted.  All sides shall bear their own costs.

FOR THE COURT

| | |
|---|---|
| SEP 2 9 2009 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:   Steven E. Tiller, Esq.
       Scott D. Eads, Esq.
       Michael T. Garone, Esq.
s8

ISSUED AS A MANDATE:   SEP 2 9 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 9 2009

JAN HORBALY
CLERK